NUMBER 13-04-339-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE FROST NATIONAL BANK, FORMER EXECUTOR
OF THE ESTATE OF ELENA SUESS KENEDY, DECEASED; FROST
NATIONAL BANK AND PABLO SUESS, TRUSTEES OF THE
JOHN G. KENEDY, JR. CHARITABLE TRUST; AND
THE MISSIONARY OBLATE FATHERS OF TEXAS 
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Castillo 
Per Curiam Memorandum Opinion




         Relators, Frost National Bank, Former Executor of the Estate of Elena Suess
Kenedy, Deceased; Frost National Bank and Pablo Suess, Trustees of The John G.
Kenedy, Jr. Charitable Trust, and The Missionary Oblate Fathers of Texas, filed a
motion for temporary relief and petition for writ of mandamus in the above cause on
June 30, 2004. The Court, having examined and fully considered the motion for
temporary relief and the petition for writ of mandamus, and the response, is of the
opinion that relators have not shown themselves entitled to the relief sought and the
motion for temporary relief and petition for writ of mandamus should be denied. See
Tex. R. App. P. 52.8. Accordingly, the motion for temporary relief and petition for writ
of mandamus are DENIED. 
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 6th day of July, 2004.